10/6/2015

MRS. VIVIAN LONG
P.O. BOX 9540
AMARILLO, TEXAS 79108-9540

FILED
OCT 12 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

RE:   CASE NUMBER: 07-15-00284-CV
      TRIAL COURT CASE NUMBER: 68,808-A

STYLE: ALLEN DWAYNE BATES V. ELIZABETH ANN BROWN, et AL.

DEAR MRS. LONG, I ALLEN DWAYNE BATES, REQUEST to KNOW,
if ABOVE CAUSE NUMBER HAVE been DISMISSED.
(THANK YOU AND HAVE A GREAT DAY AND PLEASE! RESPOND)

ALLEN DWAYNE BATES #1822204
STEVENSON UNIT
1525 FM 766
CUERO, TEXAS 77954



ALLEN DWAYNE BALES #1822207
STEVENSON UNIT
1525 FM 766
CUERO, TEXAS 77954

(LEGAL MAIL 10/6/2015)

CORPUS CHRISTI TX 784
06 OCT 2015 PM 2 T

MRS. VIVIAN LONG, 7TH COURT OF APPEALS
CLERK
501 S. FILLMORE, SUITE 2-A
AMARILLO, TEXAS 79101



791013⊠⊠449